■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MOORE, Also Known as FRANKIE, Appellant. [825 NYS2d

652]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Martoche, Centra and Pine, JJ.

